UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Moise William</u>

    v.                                        Civil No. 11-cv-024-PB

<u>State of New Hampshire</u>

**O R D E R**

On July 6, 2011, I dismissed petitioner's motion to vacate sentence under 28 U.S.C. § 2255 for the reasons stated in the record. Accordingly, because I determine that plaintiff has failed to make a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability. <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

                                        <u>/s/Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

July 7, 2011

cc: Moise William, pro se